**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CORA VADEN, | ) | 3:16-cv-00360-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RBC WEALTH MANAGEMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is Defendant Gail McGinnis' motion to compel arbitration and stay proceedings. (ECF No. 42). Plaintiff filed a notice of non-opposition to the motion. (ECF No. 43). For the reasons stated at the March 1, 2017 hearing, the motion to compel arbitration and stay proceedings (ECF No. 42) is **GRANTED**. This action is hereby stayed pending completion of arbitration.

IT IS SO ORDERED.

DATED: This 15th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

1