LEIGH GODDARD, NV Bar No. 6315
LAURA JACOBSEN, NV Bar No. 13699
McDONALD CARANO WILSON LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
lgoddard@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendant Gail McGinnis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cora Vaden, individually and as Surviving Trustee of The Billy West Vaden and Cora Vaden Family Trust,<br><br>Plaintiff,<br><br>v.<br><br>RBC Wealth Management, a division of RBC Capital Markets, LLC; The McGinnis-Reno Group; John Robert McGinnis, deceased; Gaile McGinnis, Personal Representative of John Robert McGinnis, deceased and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00360-HDM-VPC<br><br>**ORDER GRANTING**<br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their undersigned counsel of record, Plaintiff Cora Vaden, individually and as Surviving Trustee of The Billy West Vaden and Cora Vaden Family Trust; Defendant RBC Wealth Management, a division of RBC Capital Markets, LLC; and Defendant Gail McGinnis (erroneously named herein as "Gaile McGinnis"), as Personal Representative of the Estate of John Robert McGinnis, hereby jointly stipulate to dismiss this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

//

DATED: June 29, 2018

| | |
|---|---|
| ALLISON MacKENZIE, LTD. | KEESAL, YOUNG & LOGAN |
| /s/ Mike Pavlakis<br>Mike Pavlakis, Esq.<br>402 N. Division St.<br>PO Box 646<br>Carson City, NV 89701<br>Telephone: (775) 687-0202<br>Facsimile: (775) 882-7918<br><br>*Attorneys for Plaintiff Cora Vaden* | /s/ Michael Gless<br>Michael M. Gless (*pro hac vice*)<br>400 Oceangate<br>Long Beach, CA 90802<br>Telephone: (562) 436-2000<br>Facsimile: (562) 436-7416<br><br>*Attorneys for Defendant RBC Wealth Management, a division of RBC Capital Markets, LLC*<br><br>McDONALD CARANO LLP<br><br>/s/ Laura Jacobsen<br>LEIGH GODDARD<br>LAURA JACOBSEN<br>100 W. Liberty St., 10th Floor<br>P.O. Box 2670<br>Reno, Nevada 89505<br>Telephone: (775) 788-2000<br>Facsimile:   (775) 788-2020<br><br>*Attorneys for Defendant Gail McGinnis* |

IT IS SO ORDERED.

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT COURT JUDGE

DATED:  June 29, 2018                  , 2018